1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  CLINDON VANDIVER,                                    Civil No. C05-687-JLR
9
        Plaintiff,
10
11      vs.                                              ORDER
12  JO ANNE B. BARNHART,
    Commissioner of Social Security,
13
        Defendant
14

15      Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's
16
17  final decision be reversed and remanded for further administrative proceedings pursuant to
18  sentence four of 42 U.S.C. § 405(g).  Upon remand to the Commissioner of Social Security, the
19  Appeals Council will remand this case to a different administrative law judge to (1) fully evaluate
20  all opinions of the treating and examining physicians, citing the bases for the evaluations; (2)
21  reevaluate Plaintiff's credibility in accordance with SSR 96-7p and related regulations; (3) fully
22
23  evaluate all of Plaintiff's impairments including bipolar disorder and hand impairments; (4) fully
24  evaluate the diagnosis of personality disorder; (5) reassess Plaintiff's residual functional capacity;
25  and (6) obtain vocational expert testimony, if warranted.  Plaintiff may present new arguments
26  and further medical evidence, if such evidence becomes available.
27
28  Page 1  ORDER- [C05-687-JLR]

1         This case is REVERSED and REMANDED on the above grounds pursuant to sentence

2    four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's

3    application for costs and attorney's fees under 28 U.S.C. § 2412(d).

4

5         DATED this 13th day of October, 2005.

6

7                                           s/James L. Robart

8                                        _____
                                         JAMES L. ROBART
                                         United States District Judge

9

10   RECOMMENDED FOR ENTRY

11   this 13th day of October, 2005:

12

13    /s/Monica J. Benton_____

14   MONICA J. BENTON
     United States Magistrate Judge

15

16

17   Presented by:

18   s/ JOANNE E. DANTONIO   WSB # 23623
     Special Assistant U.S. Attorney

19   Office of the General Counsel

20

21

22

23

24

25

26

27

28   Page 2  ORDER- [C05-687-JLR]