UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINDON VANDIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-687-JLR<br><br><br>AMENDED ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the administrative law judge[1] to (1) fully evaluate all opinions of the treating and examining physicians, citing the bases for the evaluations; (2) reevaluate Plaintiff's credibility in accordance with SSR 96-7p and related regulations; (3) fully evaluate all of Plaintiff's impairments including bipolar disorder and hand impairments; (4) fully

---

[1] This Amended Order is issued pursuant to Fed. R. Civ. P. 60(a) to correct a clerical error in the original proposed order presented by Defendant and adopted by the Court, which stated that the "Appeals Council will remand this case to *a different* administrative law judge. . .." Dkt. #18 (emphasis added).

PAGE 1 PROPOSED ORDER [05-687JLR]

evaluate the diagnosis of personality disorder; (5) reassess Plaintiff's residual functional capacity; and (6) obtain vocational expert testimony, if warranted. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

This case is REVERSED and REMANDED on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 3rd day of November, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

RECOMMENDED FOR ENTRY this 1st day of November, 2005:

   /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

Presented by:

s/ JOANNE E. DANTONIO   WSB # 23623
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2730
Fax:    206-615-2531
joanne.dantonio@ssa.gov


PAGE 2 PROPOSED ORDER [05-687JLR]