**James L. Robart**
United States District Court Judge

**Monica J. Benton**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **CLINDON VANDIVER**,<br><br>              Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>              Defendant. | NO. C05-687-JLR<br><br>**STIPULATION AND AGREED ORDER FOR AWARD OF EAJA FEES AND COSTS** |

### I. STIPULATION

The parties, through their respective counsel, hereby stipulate and agree that attorney fees in the amount of $5,581.21 should be awarded to Plaintiff's attorney, Gerald R. Tarutis, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The Parties further agree that Plaintiff's attorney, Gerald R. Tarutis, should be awarded $28.14 for costs under 28 U.S.C. § 1920 for a total payment of $5,609.35.

### II. ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,581.21 should be awarded to Plaintiff's attorney, Gerald R. Tarutis, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further

---

STIPULATION AND AGREED ORDER FOR AWARD
OF EAJA FEES AND COSTS, NO. C05-687-JLR– 1
C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\C05-687 Vandiver EAJAStipulation.doc

Law Offices
TARUTIS & BARRON, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 — FAX: 206-223-1325

ORDERED that Plaintiff's attorney, Gerald R. Tarutis, is awarded $28.14 in costs under 28 U.S.C. § 1920, for a total of $5,609.35.

Dated this 15th day of December, 2005

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Dated This 14th of December, 2005

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

| Presented by: | Stipulated and Agreed to: |
|---|---|
| TARUTIS & BARRON, P.S. | United States Attorney |

s/ Gerald R. Tarutis
Gerald R. Tarutis, WSBA No.4599
9750 Third Avenue NE, Suite 375
Seattle, WA 98115
Telephone: (206) 223-1515
Fax: (206) 223-1325
E-mail: GRTarutis@TarBarLaw.com
Of Attorneys for Plaintiff

s/ Gerald R. Tarutis for
Joanne E. Dantonio WSBA No. 23623
Special Assistant U.S. Attorney
Office of General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
Telephone: (206) 615-2730
Fax: (206) 615-2531
E-mail: joanne.dantonio@ssa.gov

**STIPULATION AND AGREED ORDER FOR AWARD OF EAJA FEES AND COSTS, NO. C05-687-JLR– 2**
C:\DOCUME~1\tgraham\LOCALS~1\Temp\notesFFF692\C05-687 Vandiver EAJAStipulation.doc

LAW OFFICES
TARUTIS & BARRON, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325